Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
United Financial Casualty Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Financial Casualty Company,<br><br>       Plaintiff,<br><br>   v.<br><br>Safety Max Trucking, Inc.; Y & Z Forward Trucking, Inc.; Hubing Yu; and Shouchang Zhang;<br><br>       Defendants. | Case No. 2:22-cv-07595-DMG-AFM<br><br>**Notice of Settlement** |

Please take notice that the parties to this case have reached a settlement. The parties anticipate completing the paperwork and performing the terms and conditions of the settlement within 45 days. Plaintiff therefore requests that the Court vacate all pending dates in this matter and place the case on a 60-day dismissal status.

April 17, 2023

PATRICK HOWE LAW, APC

By: *s/Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff United Financial Casualty Company