Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
United Financial Casualty Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Financial Casualty Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Safety Max Trucking, Inc.; Y & Z Forward Trucking, Inc.; Hubing Yu; and Shouchang Zhang;<br><br>　　　　Defendants. | Case No. 2:22-cv-07595-DMG-AFM<br><br>**Stipulation to Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(2)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), plaintiff, with the stipulation of all parties that have appeared, hereby dismisses its complaint (Dkt. 1) with prejudice, each party to bear its own attorney's fees and costs.

May 23, 2023                          PATRICK HOWE LAW, APC

                                                By: *Patrick M. Howe*
                                                Patrick M. Howe
                                                Attorney for plaintiff United Financial Casualty Company

May 23, 2023                          DEMIDCHIK LAW FIRM

                                                By: *D. Garth Sullivan*
                                                D. Garth Sullivan
                                                Attorney for defendants Safety Max Trucking, Inc. and Y & Z Forward Trucking, Inc.

I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

May 23, 2023                          PATRICK HOWE LAW, APC

                                                By: *Patrick M. Howe*
                                                Patrick M. Howe
                                                Attorney for plaintiff United Financial Casualty Company